# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| United States of America<br>v.<br><br>PEREZ REED,<br><br><br>*Defendant(s)* | )<br>)<br>)   Case No.   4:21 MJ 7289 SPM<br>)<br>)          SIGNED AND SUBMITTED TO THE COURT FOR<br>)          FILING BY RELIABLE ELECTRONIC MEANS<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   October 28, 2021   in the county of   St. Louis City   in the
Eastern   District of   Missouri, and elsewhere, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 924(b) | Interstate Transportation of a Firearm with Intent to Commit a Felony |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

I state under the penalty of perjury that the following is true and correct.

*Complainant's signature*

FBI Special Agent Kassandra L. McKenzie

*Printed name and title*

Sworn to, attested to, or affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.

Date:   11/6/2021

*Judge's signature*

City and state:   St. Louis, Missouri          Honorable Shirley Padmore Mensah, U.S. Magistrate Judge

*Printed name and title*