FILED
NOV 17 2021
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> PEREZ DESHAY REED, ) <br> ) <br> Defendant. ) | 4:21CR00637 HEA/JMB |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about October 28, 2021, in St. Louis City, within the Eastern District of Missouri,

**PEREZ DESHAY REED,**

the Defendant herein, knowing he had previously been committed to a mental institution, knowingly possessed a firearm that had traveled in interstate or foreign commerce during or prior to being in defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(4).

A TRUE BILL

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
C. RYAN FINLEN, #6305918(IL)
Assistant United States Attorney