UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 4:21-CR-00637-HEA-JMB ) |
| PEREZ DESHAY REED, | ) ) ) |
| Defendant. | ) |

**GOVERNMENT'S MOTION FOR LEAVE TO FILE A SEALED MEMORANDUM IN SUPPORT OF MOTION FOR COMPETENCY EVALUATION AND ITS EXHIBITS**

COMES NOW the United States of America, by and through undersigned counsel, and pursuant to Eastern District of Missouri Local Rule 13.05(A)(4)(a), moves for leave of Court to file a sealed memorandum in support of its motion for competency evaluation along with the accompanying exhibits for the reasons set forth in the accompanying memorandum in support.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

*/s/ C. Ryan Finlen*
C. RYAN FINLEN #6305918(IL)
Assistant United States Attorney
111 South 10th Street, 20th Floor
St. Louis, MO 63102

CERTIFICATE OF SERVICE

    I hereby certify that on December 29, 2021, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

                                              */s/ C. Ryan Finlen*
                                              C. RYAN FINLEN #6305918(IL)
                                              Assistant United States Attorney