UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:21-CR-00637-HEA (JMB) |
| | ) |
| PEREZ REED, | ) |
| | ) |
| Defendant. | ) |

Come now the parties, defendant PEREZ REED, represented by defense counsel, and the United States of America, represented by the Office of the United States Attorney for the Eastern District of Missouri, through Ryan Finlen, Assistant United States Attorney, and notify the Court that the parties have no objection to the psychological exam. The parties have agreed that the psychological exam will be in the local place of confinement of the defendant. The defense shall pay for the psychological exam.

                                        Respectfully Submitted,

                                        */s/ David Bruns*

                                        _____
                                        David Bruns #38665MO
                                        Law Office of David Bruns, P.C.
                                        225 S. Meramec, Ste 1100
                                        Clayton, MO 63105
                                        Phone:  314-832-0202
                                        Fax:    314-269-1042
                                        david@brunspc.com

                                        ATTORNEY FOR DEFENDANT

2

  I certify that a true copy of the above was served on the U.S. Attorney's Office via the Court's electronic filing system on the above date.

            */s/ David Bruns*
            _____