UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. 4:21-CR-00637-HEA-JMB |
| PEREZ DESHAY REED, | ) ) ) | |
| Defendant. | ) | |

**STATUS REPORT REGARDING DEFENDANT'S CUSTODIAL STATUS**

The United States of America, by and through undersigned counsel, and pursuant to this Court's June 3, 2022, order, hereby submits the following status report in the above-captioned matter:

**Commencement of Federal Prosecution**

1. Defendant was charged via a complaint filed November 6, 2021. ECF 1. During his November 8, 2021, initial appearance, Defendant waived his detention hearing and was ordered detained. On November 17, 2021, a grand jury in the Eastern District of Missouri returned a one-count indictment against Defendant, charging him with knowingly possessing a firearm after having been previously committed to a mental institution, in violation of Title 18, United States Code, Section 922(g)(4). ECF 13. During Defendant's November 23, 2021, arraignment, Defendant entered a plea of not guilty. ECF 21. Further, the Court made a Speedy Trial Act finding due to the complexity of the charges facing Defendant in multiple jurisdictions. *Id*.

*State of Missouri v. Perez D. Reed*, **No. 2016-CR02439 (Mo. 16th Jud. Cir. 2022)**

2. On May 27, 2022, the Jackson County, Missouri, Prosecuting Attorney filed a complaint, charging Defendant with one count of first-degree murder, one count of armed criminal

1

action, and two counts of fraudulent use of a credit/debit device in Sixteenth Judicial Circuit case number 2216-CR02439.

3. On June 7, 2022, the Sixteen Judicial Circuit issued a writ of habeas corpus ad prosequendum in order to secured Defendant's appearance at Defendant's July 1, 2022, initial appearance on the state charges.

### Transfer of Custody to Jackson County Sheriff's Office

4. On June 30, 2022, Defendant was transferred from the custody of the U.S. Marshals Service to the custody of the Jackson County Sheriff's Office, pursuant to the Sixteen Judicial Circuit's June 7 writ of habeas corpus ad prosequendum. That transfer from the U.S. Marshals Service custody was conducted in accordance with the U.S. Marshals Service policies regarding transfers of custody pursuant to writs of habeas corpus.

5. Also on June 30, 2022, Defendant was booked into the Jackson County Detention Center. Pursuant to the June 7 writ of habeas corpus ad prosequendum, the Sheriff of Jackson County, Missouri, "will provide for the safekeeping, secure custody, and care of [Defendant]" during the pendency of Sixteenth Judicial Circuit case number 2216-CR02439.

6. Currently and pursuant to the June 7 writ, Defendant's anticipated return to U.S. Marshal custody is July 1, 2023.

**Periodic Status Reports**

7. Pursuant to the Court's June 3, 2022, order, the United States will submit periodic status reports approximately every 90 days, with the next report being filed on or before September 30, 2022, unless Defendant returns to U.S. Marshals Service custody before September 30, 2022. In the event Defendant returns to U.S. Marshals Service custody before the next 90-day status report, the United States will notify the Court promptly.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

*/s/ C. Ryan Finlen*
C. RYAN FINLEN #6305918(IL)
Assistant United States Attorney
111 South 10th Street, 20th Floor
St. Louis, MO 63102

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2022, the foregoing was filed electronically under seal with the Clerk of the Court and served via email to defense counsel of record.

*/s/ C. Ryan Finlen*
C. RYAN FINLEN #6305918(IL)
Assistant United States Attorney