UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. 4:21-CR-00637-HEA-JMB |
| PEREZ DESHAY REED, | ) ) ) | |
| Defendant. | ) | |

### STATUS REPORT REGARDING DEFENDANT'S CUSTODIAL STATUS

The United States of America, by and through undersigned counsel, and pursuant to this Court's June 3, 2022, order, hereby submits the following status report in the above-captioned matter:

#### Commencement of Federal Prosecution

1. On November 17, 2021, a grand jury in the Eastern District of Missouri returned a one-count indictment against Defendant, charging him with knowingly possessing a firearm after having been previously committed to a mental institution, in violation of Title 18, United States Code, Section 922(g)(4). ECF 13. During Defendant's November 23, 2021, arraignment, Defendant entered a plea of not guilty. ECF 21. Further, the Court made a Speedy Trial Act finding due to the complexity of the charges facing Defendant in multiple jurisdictions. *Id*.

#### *State of Missouri v. Perez D. Reed*, No. 2216-CR02439-01 (Mo. 16th Jud. Cir. 2022)

2. On May 27, 2022, the Jackson County, Missouri, Prosecuting Attorney filed a complaint, charging Defendant with one count of first-degree murder, one count of armed criminal action, and two counts of fraudulent use of a credit/debit device in Sixteenth Judicial Circuit case

number 2216-CR02439. On July 22, 2022, an indictment was returned against Defendant, resulting in that case moving forward under case number 2216-CR02439-01.

3. On June 7, 2022, the Sixteen Judicial Circuit issued a writ of habeas corpus ad prosequendum in order to secured Defendant's appearance at Defendant's July 1, 2022, initial appearance on the state charges. Pursuant to that writ, the U.S. Marshals Service transferred custody of Defendant to the Jackson County Sheriff's Office on June 30, 2022.

4. On October 11, 2023, the Sixteenth Judicial Circuit entered an order in case number 2216-CR02439-01 scheduling Defendant's trial for July 29, 2024. Defendant, who currently remains in Jackson County to face the murder charge, is projected to remain in Jackson County custody until the conclusion of that July 2024 trial.

**Periodic Status Reports**

5. Pursuant to the Court's June 3, 2022, order, the United States will continue to submit periodic status reports approximately every 90 days, with the next report being filed on or before March 31, 2024, unless Defendant returns to U.S. Marshals Service custody before that date. In the event Defendant returns to U.S. Marshals Service custody before the next 90-day status report, the United States will notify the Court promptly.

    Respectfully submitted,

    SAYLER A. FLEMING
    United States Attorney

    */s/ C. Ryan Finlen*
    C. RYAN FINLEN #6305918(IL)
    Assistant United States Attorney
    111 South 10th Street, 20th Floor
    St. Louis, MO 63102

## CERTIFICATE OF SERVICE

      I hereby certify that on December 29, 2023, the foregoing was filed electronically under seal with the Clerk of the Court and served via email to defense counsel of record.

                                  */s/ C. Ryan Finlen*
                                  C. RYAN FINLEN #6305918(IL)
                                  Assistant United States Attorney